# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> ELIZABETH SEPULVEDA-CASTRO, <br> Defendant. | Case No. 13-CR-1308-MMA <br><br> **ORDER AND JUDGMENT OF DISMISSAL** <br><br> [Doc. No. 14] |

Upon application of the United States, good cause appearing,

**IT IS HEREBY ORDERED** that the Indictment in the above-captioned case be dismissed in the interests of justice and without prejudice against Defendant ELIZABETH SEPULVEDA-CASTRO.

**IT IS FURTHER ORDERED** that the previously issued no bail bench warrant for Defendant's arrest be recalled.

**IT IS SO ORDERED AND ADJUDGED**.

DATE: November 9, 2018

_____
HON. MICHAEL M. ANELLO
United States District Judge